FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE SAMPSON,<br><br>　　　　Petitioner,<br><br>vs.<br><br>A.J. MALFI (Warden),<br><br>　　　　Respondent. | Case No. CV 07-2007-AHM (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that (1) respondent's Motion to Dismiss is granted, and (2) Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 2, 2008

　　　　　　　　　　　　　　　　　　　　/s/ A. Howard Matz
　　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE