JS-6
ENT

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE SAMPSON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>A.J. MALFI (Warden),<br><br>　　　　　Respondent. | Case No. CV 07-2007-AHM (RNB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 2, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE